THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN SMITH,

                Plaintiff

vs

MONSTER BEVERAGE CORPORATION, et al,

                Defendants.

NO. 16-05124 BHS

REPORT REGARDING INABILITY TO CONFER AND COMPLETE JOINT STATUS REPORT

Noted For: August 19, 2016

In accord with the court's scheduling order following the expiration of the stay of proceedings, defense counsel has attempted repeatedly to contact plaintiff, through email, U.S. Mail, but has been unable to elicit any response to hold either a Rule 26(f) conference or to obtain information needed to complete the Joint Status Report. Defense Counsel requests either a show cause hearing or status conference with the Court to address necessary steps to move this case forward.

Dated this 19th day of August, 2016.

           GORDON THOMAS HONEYWELL LLP

           By *Stephanie Bloomfield*
              Stephanie Bloomfield, WSBA No. 24251
              sbloomfield@gth-law.com
              Attorneys for Defendant

REPORT RE INABILITY TO CONFER AND COMPLETE JSR - 1 of 2
(16-05124 BHS)
[4830-2628-1271]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

I, Gina A. Mitchell, declare that on August 19, 2016, I caused the foregoing document, together with this Declaration of Service, to be served on Plaintiff as follows:

| | |
|---|---|
| Brian Smith | [   ] Via ABC-Legal Messenger |
| 127 West Sawall Avenue, #1 | [ XX ] Via U.S. Mail |
| Centralia, WA 98531 | [   ] Via Facsimile: |
| bigbriyan74@yahoo.com | [   ] Via E-filing Notification/LINX |
| Plaintiff Pro Se | [ XX ] Via Email |

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

_/s/ Gina A. Mitchell_____
Gina A. Mitchell, Legal Assistant
gmitchell@gth-law.com
GORDON THOMAS HONEYWELL LLP

REPORT RE INABILITY TO CONFER AND COMPLETE JSR - 2 of 2
(16-05124 BHS)
[4830-2628-1271]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565