THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BRIAN SMITH, | NO. 16-05124 BHS |
| Plaintiff | ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW |
| vs | |
| MONSTER BEVERAGE CORPORATION, et al, | NOTED FOR: August 12, 2016 |
| Defendants. | |

This matter came before the Court on the Motion for Leave to Withdraw. The Court reviewed the following materials submitted in conjunction with this matter.

1. Motion for Leave to Withdraw;
2. The records and files herein.

The Court being otherwise fully advised in the premises, it is hereby ORDERED that the Motion for Leave to Withdraw is hereby GRANTED and Ryan J. Williams and David J. Darnell are hereby terminated as counsel for Defendants.

DATED this 23 day of August, 2016.

_____
THE HONORABLE BENJAMIN H. SETTLE

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW - 1 of 2
[4820-3802-9621]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565